ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 MAR 29 A 11: 01
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID T. TERRELL, SR., | ) |
| Plaintiff, | ) |
| v. | ) CV 310-100 |
| FNU SUMMERS, Nurse, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Owens, Morales, Jones, and Georgia Department of Corrections are **DISMISSED** from this case.

SO ORDERED this 29th day of March, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE