**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 FEB -2 PM 1:51
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| DAVID T. TERRELL, SR., | ) |
| Plaintiff, | ) |
| v. | ) CV 310-100 |
| LORI SUMNER, LPN, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss is **GRANTED** (doc. no. 16), Defendant's motion to stay is **DEEMED MOOT** (doc. no. 17), and Plaintiff's motion to amend is **DENIED** (doc. no. 13). Furthermore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this 2nd day of February, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE